COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
  
  
  
  
 IN RE:  RICHARD
 BRADLEY, 
  
 Relator.                    
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                                    
 No.
 08-12-00237-CR
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
 
 


 

 

MEMORANDUM OPINION

 

Relator, Mr. Richard Bradley, has filed a pro se petition for writ of mandamus
requesting that this Court order the Honorable Kenneth D. DeHart, Judge of the
394th District Court, to set aside Relator’s conviction in Cause No. 2672.

            To
obtain relief through a writ of mandamus, a relator must establish that no
other adequate remedy at law is available and that the act he seeks to compel
is ministerial.  State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at
Texarkana, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007).  An act is ministerial if it does not involve
the exercise of discretion.  State ex rel. Hill v. Court of Appeals for
the Fifth District, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001).  Based on the petition and record provided, Mr.
Bradley has not demonstrated that he is entitled to mandamus relief.  See
Tex. R. App. P. 52.8.  Accordingly, the petition is denied.

 

 

                                                                        GUADALUPE
RIVERA, Justice

July 31, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)